UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>v.<br><br>MARQUISE D. JONES,<br><br>                                  Defendant. | Case No. 16-CR-135-2-JPS<br><br><br><br>ORDER |

      On August 23, 2016, the government filed a two-count indictment against the defendant for robbery, in violation of 18 U.S.C. §§ 1951(a) and 2, and brandishing a firearm during the robbery, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2. (Docket #11). On October 11, 2016, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to both Counts of the Indictment. (Docket #23 at 1-2).

      The parties appeared before Magistrate Judge William E. Duffin on October 28, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #32). The defendant entered a plea of guilty as to Counts One and Two of the Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #32 and #33).

      Thereafter, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) the defendant's pleas of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that the defendant be adjudicated guilty and have a sentence imposed

accordingly. (Docket #33). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge William E. Duffin's report and recommendation (Docket #33) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this 22nd day of November, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge